UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Robinson Castillo Sevillano

    v.                                  Case No. 1:23-cv-158-SE-AJ

FCI Berlin, Warden

ORDER

No objection having been filed, I herewith approve the Endorsed Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated January 3, 2024, and grant the motion for summary judgment (Doc. No. 6). The clerk shall enter judgment and close the case.

"'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

_____
Samantha D. Elliott
United States District Judge

Date: January 22, 2024

cc: Robinson Castillo Sevillano, pro se
    Counsel of Record